

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1789

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No._____ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | |
| Michael David MOORE | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Aliens Without Presentation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **June 6, 2008**, within the Southern District of California, defendant **Michael David MOORE**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Bertha MARTINEZ-Hernandez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this 9th day of **June, 2008**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Elizabeth Rangel-Machuca, declare under penalty of perjury the following to be true and correct:

The complainant states that **Bertha MARTINEZ-Hernandez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 6, 2008, at about 12:04 a.m., **Michael David MOORE (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver of a White 1987 Buick Park Avenue Sedan. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his California Drivers License as proof of identity and citizenship. The CBP Officer questioned Defendant regarding his recent travel in Mexico. Defendant responded he traveled to Mexico to get something to eat and that he was going to Ocean Beach, California. Defendant gave a customs negative declaration. The CBP Officer proceeded to conduct an inspection of the vehicles exterior and observed discrepancies on the fuel tank, in particular the shifting of the straps that secure the fuel tank in place. Defendant replied he had not had any mechanical work done to the vehicle. The CBP Officer took a second negative customs declaration from Defendant. The CBP Officer then opted to escort Defendant and the vehicle into Secondary of further examination.

In secondary, a cursory inspection of the vehicle led to the discovery of one female concealed in a special built compartment, located under the driver and front passenger seat. CBP Officers assisted in extricating the female by lifting the front passenger's seat. The female was determined to be an undocumented alien and a citizen of Mexico without legal documentation to enter the United States. The undocumented alien was retained as a material witness and is now identified as **Bertha MARTINEZ-Hernandez (Material Witness)**.

During a videotaped proceeding, Defendant was advised of his Miranda Rights and elected to submit to questioning without benefit to counsel. Defendant admitted he was approached by a male who proffer him a deal that secured financial gain. Defendant admitted the agreement involved driving a vehicle, containing a concealed undocumented alien to a location in San Ysidro, California. Defendant admitted upon opening the drivers door to enter the vehicle, he noticed human feet under the drivers seat. Defendant admitted he was to receive a payment of $200.00 USD for his deeds upon the delivery of the undocumented alien.

On a separate videotaped interview, Material Witness admitted she is a citizen of Mexico without documentation to enter into United States. Material Witness stated she made smuggling arrangements with an unidentified male and agreed to pay a fee of approximately $3,000.00 USD to be smuggled into the United States. Material Witness admitted she was unable to extricate herself out of the compartment. Material Witness admitted she was going to Fallbrook, California to seek employment.

Executed on this **6th** day of **June 2008** at **1500**

_____
Elizabeth Rangel-Machuca / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **June 6, 2008** in violation of Title 8, United States Code, Section 1324.

_____          6/7/2008 at 3:40 p.m.
United States Magistrate Judge                    DATE / TIME